Sanford Shatz          State Bar No. 127229
Todd A. Boock          State Bar No. 181933
5220 Las Virgenes Road, MS:  AC-11
Calabasas, California 91302
Telephone:  (818) 871-6045
Fax:  (818) 871-4669

Attorneys for Defendants Countrywide Bank, FSB and
Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTICT OF CALIFORNIA

| | |
|---|---|
| VALERIY RAZUMOV and RAISA RAZUMOV,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>COUNTRYWIDE BANK FSB,<br>COUNTRYWIDE HOME LOANS, INC.,<br>FIRST AMERICAN TITLE COMPANY,<br>ALAN PHU VOONG, dba UNION<br>MORTGAGE COMPANY, DOES 1-20,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.:  CIV S-08-0336 LEW DAD PS<br><br>Hon. Dale A. Drozd<br><br>File Date:  February 13, 2008<br>Trial Date:  Not Assigned<br><br>ORDER<br><br>[*Ex Parte* Application filed concurrently] |

        The *ex parte* application by defendants Countrywide Home Loans, Inc. and Countrywide Bank, FSB (collectively, "Countrywide") for a thirty (30) day extension of time to respond to plaintiffs Valeriy Razumov and Raisa Razumov (collectively, "Plaintiffs") has been considered by this court.

        After considering the filed papers and the court file and

        GOOD CAUSE APPEARING THEREFOR,

[PROPOSED] ORDER

1     IT IS ORDERED that Countrywide's deadline to respond to Plaintiffs' complaint is

2   extended for thirty (30) days, and Countrywide may file its responsive pleading on or before

3   April 9, 2008.

4   DATED:  March 10, 2008.

5

6   _____

    DALE A. DROZD

7   UNITED STATES MAGISTRATE JUDGE

8

9   Ddad1/orders.prose/razumov0336.ord

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

1

**PROOF OF SERVICE**

(C.C.P. section 1013a(3))

2   STATE OF CALIFORNIA         )

                                 )     SS.

3   COUNTY OF LOS ANGELES   )

4
       I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a

5 party to the within action; my business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

6
       On March ___, 2008, I served [PROPOSED] ORDER on all interested parties in this action by

7 placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

8 Valeriy Razumov
Raisa Razumov
18422 Mandarin Street

9 Woodland, CA 95695
(530) 668-0706

10

11
[  ]    **(BY MAIL)** On March ___, 2008, I placed said envelopes for collection and mailing, following

12 ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit in the United States Postal Service.  I am readily familiar with the practice of Countrywide

13 Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary

14 course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

15
[  ]    **(BY OVERNIGHT DELIVERY**) On March ___, 2008, I placed said envelopes for collection and

16 mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit with Federal Express with delivery fees provided.  I am readily familiar

17 with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with Federal Express, and said envelopes will be deposited with Federal Express on said date in the

18 ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

19
[  ]    **(BY HAND DELIVERY**)

20
[  ]    **(BY FACSIMILE)** On March ___, 2008, by use of facsimile machine number 818-871-4669, I

21 served a copy of the within document(s) on the above interested parties at the facsimile numbers as indicated. The transmission was reported as complete and without error.  The transmission report was properly issued by

22 the transmitting facsimile machine.

23
       I declare under penalty of perjury under the laws of the State of California, that the above is true and

24 correct.  Executed on March ___, 2008, at Calabasas, California.

25
_____

26                 Norma Courtney

27

28