IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALERIY RAZUMOV, et al.,

      Plaintiffs,                    No. CIV S-08-0336 LEW DAD PS

    vs.

COUNTRYWIDE BANK, FSB, et al.,

      Defendants.             ORDER

_____/

      Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On February 19, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within ten days. Plaintiffs have not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. Plaintiff Valeriy Razumov's February 13, 2008 application to proceed in forma pauperis is denied;

4       2. The findings and recommendations filed February 19, 2008, are adopted in full; and

6       3. This action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: 03/12/2008

          /s/ Ronald S. W. Lew
          UNITED STATES DISTRICT JUDGE